USDC SCAN INDEX SHEET










```
RFM     12/10/99    15:20
3:99-M -03201    USA V. DIROBERTO
*1*
*CRCMP.*
```

FILED
99 DEC 10 AM 10: 39
CLERK, U.S. ...
SOUTHERN DIST... ...
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'99 mg 3201

Magistrate's Docket No. _____
Case No. _____

__DIROBERTO, Todd_____, now presented before
(Name of accused)

The Honorable __Louisa S. Porter_____, United States Magistrate Judge, for arraignment and fixing of bail, has been charged before a United States Magistrate Judge in the _____ District of __Massachusetts__ that on or about __12/06/99__, at __Worcester, MA__ in
(Date of Offense)

violation of United States Code, Title __18__, Section __3147__, the accused

__Violated his pretrial release conditions._____
(Brief Statement of Offense Charged)

and a warrant for his/her arrest was issued the same day by the aforesaid magistrate. Bond in the sum of __None Set__ has been recommended by the United States Attorney of the district in which charges are pending.

Dated: __December 10, 1999__

Steve Rancone   _/s/_
Name of Affiant

Deputy U.S. Marshal
Title

Lodged with me this __10th__ day of __Dec__, 19__99__, in lieu of certified copy of complaint against the accused

_/s/ Louisa Porter_
United States Magistrate Judge

3415

## Magistrate Information Sheet

1. Dis. Auth_____ 1A. USAO #_____ Ct.#_____ Agency #_____

2. Hg. Date_____ 3. AUSA_____ 4. Mag._____

5. Mat. Wit.: Cust.: NO. Arraign M\W Release M/W Other Def. #___of_____

6. Def Name: DIROBERTO, Todd       Soc. Sec. # 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
   Alias: Unkown                    Birth Date 05/03/68
   Address: 535 Glenmont Drive, Solana Beach, CA 92075

7. Flip? Yes No Charges_____ 8. Arrest Date 12/09/99
   Penalties_____ Place of Arrest: San Diego, CA
   Agents DUSM Rancone     Phone #: 667-7317    Date Committed 12/09/99
   Agency U.S. Marshals Service          Program Category:_____

9. Custody? Yes No       10. Citizenship? U.S. Mex. Other_____

11. INS Status: Res Bcc Illegal Other_____
    Prior Deports:_____ Prior VR's_____
    Prior Record:_____

    Drug Usuage:_____ How Evidenced?_____
    Cash on Def. $_____ Other Evidence_____
    Agents Fact Summary:

       Subject arrested by DUSM Rancone without incident.


Agents Bail Info. (employment, Family, Etc.)_____

Vehicle Seized (Describe)_____

12. Def. Atty: Apptd. Rtd. To Retain    13. Def. Atty. Name_____

14. Plea: Guilty Count_____ NG Nolo   15. RCD? Yes No   16. Sent_____
    Con't Sent_____                                    16A. S.A. $_____

17. Dism? Ct. Govt.  18. Next Court for_____  19. Date

20. Time_____ and for_____ on_____ at

21. Bond Set_____ Conditions

                   22. Pers. Info.

23. Sentencing Guidelines:

24. Adjusted Offense Level
    Acceptance of Responsibility
    Criminal History Total
    Guideline Range from Sentencing Table

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TODD DIROBERTO

**WARRANT FOR ARREST**

CASE NUMBER: 97CR40052-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____TODD DIROBERTO_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Pretrial Release Conditions.

in violation of Title ___18___ United States Code, Section(s) ___3147___

Martin Castles
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

12-6-99       Worcester, MA
Date and Location

Bail fixed at
$ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.



**To:**     Honorable Nathaniel M. Gorton, US District Court Judge

**From:**   Vangie Cuascut, US Pretrial Services Officer

**Re:**     DIROBERTO, Todd
            CR# 97-40052-01-NMG

**Date:**   December 1, 1999

Mr. Diroberto is pending sentencing after having entered a plea of guilty to Conspiracy to Distribute Marijuana. Sentencing is set for January 12, 2000.

Mr. Diroberto was arrested in the Southern District of California on January 12, 1998. He was released with restrictive conditions on January 16, 1998, and has remained on bond since that date.

On November 30, 1999, this office received a Violation Report from the supervising Pretrial Services Officer in San Diego, CA. PSO Keohane indicates that the defendant was arrested and charged with Battery of Former Spouse on November 29, 1999 (see attached). Mr. Diroberto is currently free on bond and the matter is continued until December 30, 1999.

PSO Keohane has indicated that other than the incident referred to in this report, Mr. Diroberto has complied with the release conditions and has posed no other supervision problems.

This date, I spoke with the defendant's wife, Jayme Diroberto. Mrs. Diroberto indicated that a restraining order is in effect until Thursday, December 2, 1999, and that she does not intend to have it "continued" at that time. She noted that she and the defendant plan to continue residing at the same residence even though they expect to seek a divorce. With regards to the "incident," Mrs. Diroberto stated that "it was all my fault because I pushed his buttons."

According to PSO Keohane, the defendant has indicated that he is experiencing feelings of depression. Given this information and all of the above, this officer and

Honorable. Nathaniel M. Gorton        -2-        December 1, 1999

PSO Keohane agree that this is a volatile domestic situation which has already escalated to a dangerous level. We also agree that should the defendant remain on bail, he could pose a serious danger to the community, as indicated by the recent incident. Pretrial Services recommends that the Court issue a warrant for the defendant's arrest, and that Mr. Diroberto be detained pending sentencing in this matter.

VC

cc:    Geoffrey Hobart
       Knut Johnson

# United States District Court
Southern District of California

## Pretrial Services Office
101 West Broadway, Suite 505
San Diego, California 92101

Lori A. Garofalo
Chief

Phone:
(619) 557-5738

November 30, 1999

George F. Moriarty, Jr.
Chief Pretrial Services Officer
J.W. McCormack POCH
90 Devonshire Street, Room 802
Boston, MA 02109-4501

**ATTN: Vangie Cuascut**

RE: Todd Diroberto
DOB: 05-03-68
VIOLATION LETTER/ACTION
DEFERRED TO YOUR DISTRICT

Dear Ms. Cuascut:

The following information is provided to your district in regards to the defendant's progress while on bond. Mr. Todd Diroberto was referred to the Southern District of California Pretrial Services Office for courtesy supervision on February 26, 1998. The defendant began reporting to Pretrial Supervision on a weekly basis starting on that date. The defendant had been in compliance with his conditions of release until November 28, 1999, when he was arrested for 243 (E) (1) PC Battery of Former Spouse.

To the defendant's credit he contacted Pretrial Services immediately and reported the incident. According to the defendant, in the morning on November 28, 1999, he and his current wife began to argue and the argument escalated into both him and his wife throwing things at each other. Additionally, the defendant admitted to spitting on his wife during the argument. The police were called and the defendant was arrested and taken into custody. The current charge indicates battery on his former spouse, however, the defendant stated he is currently still married with both parties contemplating divorce.

The defendant was released on $10,000 bond on November 28, 1999. His next court date is set for December 30, 1999 at 7:30am. The defendant is currently residing in a hotel located in La Jolla, California. He has been instructed to report to Pretrial Services in person on December 1, 1999, to discuss this incident and defendant's future living arrangements.

If further information is required, please feel free to contact the undersigned at (619) 557-7206

Sincerely,

Sean M Keohane

Sean M. Keohane, Supervising U.S. Pretrial Services Officer